UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CARMEN LOPEZ,                    ) CV 08-1852-SH
                                 )
           Plaintiff,            ) JUDGMENT
      v.                         )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security  )
Administration,                  )
                                 )
           Defendant.            )
_____  )

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for an award of benefits.

DATED: April 2, 2009

_____/ S /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE